398 P.2d 992

**Douglas E. FLORANCE, Petitioner,**

**v.**

**Honorable Caswell S. NEAL, District Judge, designated to act in the Second Judicial District composed of Bernalillo, Sandoval and Valencia Counties, Respondent.**

**No. 7805.**

Supreme Court of New Mexico.

Feb. 17, 1965.

CARMODY, Chief Justice, and CHAVEZ, NOBLE, MOISE and COMPTON, Justices, concurring.

Ordered that the alternative writ of mandamus heretofore issued herein on February 4, 1965, be and the same is hereby discharged.